UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PAMELA KLARKOWSKI,

    Plaintiff,

    v.

METROPOLITAN LIFE INSURANCE COMPANY,

    Defendant.

Case No. 17-cv-06996-YGR

**CASE MANAGEMENT AND PRETRIAL ORDER**

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court hereby sets the following trial and pretrial dates:

## PRETRIAL SCHEDULE

| | |
|---|---|
| PLAINTIFF MOTION RE OFFSET ISSUE | June 5, 2018 [10 pages] |
| DEFENDANT OPPOSITION | June 26, 2018 [10 pages] |
| PLAINTIFF REPLY | July 10, 2018 [5 pages] |
| HEARING ON MOTION RE OFFSET ISSUE | July 31, 2018 |
| NON-EXPERT DISCOVERY CUTOFF: | August 31, 2018 |
| FILING OF ADMINISTRATIVE RECORD | October 29, 2018 |
| OPENING TRIAL BRIEFS | October 29, 2018 |
| RESPONDING TRIAL BRIEFS | November 19, 2018 |
| HEARING RE BRIEFS | December 4, 2018 |

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: May 9, 2018

_____
YVONNE GONZALEZ ROGERS
United States District Judge